|     |     |
| --- | --- |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>REAL PROPERTY LOCATED AT 2560 109TH PLACE NORTHEAST, BELLEVUE, WASHINGTON 98004, KING COUNTY PARCEL NO. 068660-0100, TITLED IN THE NAME OF CRAIG S. GILBERT AS TRUSTEE OF THE BELLEWOOD FARMS TRUST,<br><br>AND<br><br>REAL PROPERTY LOCATED AT THAT PORTION OF NW ¼ OF 18-26-04, KING COUNTY PARCEL NOS. 182604-9081, 182604-9452, 182604-9453 AND 182604-9454, TITLED IN THE NAME OF POTALA SHORELINE, LLC,<br><br>                    Defendants. | CASE NO. C15-1352<br><br>**GOVERNMENT'S MOTION TO FILE UNDER SEAL AFFIDAVIT OF SPECIAL AGENT KATHLEEN MORAN IN SUPPORT OF VERIFIED COMPLAINT FOR FORFEITURE *IN REM* UNTIL FURTHER ORDER OF THE COURT** |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Government's Motion to Seal Affidavit in Support of Complaint
*U.S. v. Real Property Located at 2560 109th Place NE, Bellevue, WA, et al.* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Richard E. Cohen, Assistant United States Attorney for said District, files this Motion to Seal.

The government hereby requests that the Affidavit of FBI Special Agent Kathleen Moran in Support of the Verified Complaint for Forfeiture *in rem* which will be filed under seal subsequent to the filing of this motion, be allowed to remain under seal.

DATED this 24th day of August, 2015.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/
JUSTIN WELLS ARNOLD
RICHARD E. COHEN
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2242; Fax: 206-553-6934

Government's Motion to Seal Affidavit in Support of Complaint
U.S. v. Real Property Located at 2560 109th Place NE, Bellevue, WA, et al. - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970